# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 26, 2024

## NO. 03-22-00014-CV

**Dunster Live, LLC, Appellant**

**v.**

**Lonestar Logos Management Company, LLC individually and d/b/a Lonestar Media Group; Media Choice, LLC; Curtis E. Ford; Vincent Hazen; Johnston Media, LLC; Matthew C. Johnston; and J. Andrew Cartwright, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on October 12, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.